5

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Frances Guevara §
§
§
versus §     CIVIL ACTION 98-119
§
§
Parkes Furniture + Appliance §
Center, Inc. §

## Conditional Order of Dismissal

1.     The court, having been advised that a settlement has been reached between counsel, dismisses this case with prejudice except that the parties may move for reinstatement by _April 19_, 1999, only because approval of the settlement could not be obtained from the principals. *Otis v. Chicago*, 29 F.3d 1159 (7th Cir. 1994) (en banc).

2.     This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

Signed _February 17_, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge