\# 8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCES GUEVARA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-119 |
| | § | |
| PARRA FURNITURE & APPLIANCE | § | |
| CENTER, INC. | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL WITH PREJUDICE

On the 26th day of February, 1999, a Stipulation of Dismissal filed by Frances Guevara, Plaintiff and Parra Furniture & Appliance Center, Inc. After reviewing the Stipulation, the Court enters the following Order:

It is ORDERED that this case be DISMISSED with prejudice to the right of Plaintiff to ever maintain the cause of action asserted in this case. Costs are to be taxed against the party incurring the same.

SIGNED this ____ day of _____, 1999.

_____
JUDGE HILDA G. TAGLE